WAGNER

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR. No. 25-cr-20299 TLP |
| ) | |
| v. ) | 18 U.S.C. § 922(g)(1) |
| ) | |
| ANTONIO STOKES, ) | |
|   a/k/a ANTONIO BLUE, ) | |
| ) | |
| Defendant. ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about October 16, 2024, in the Western District of Tennessee, the defendant,

**ANTONIO STOKES
a/k/a ANTONIO BLUE**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Sarsilmaz 9mm pistol, and the firearm was in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
F O R E P E R S O N

DATED: **October 14, 2025**

_____
**D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY**